1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    ANDRE RENE PATTERSON,                    No. C 11-04900 SI
9                 Plaintiff,                  **JUDGMENT**
10       v.
11   TERRY A. SZUCSKO,
12               Defendant.
                                          /
13
14         This action is dismissed without leave to amend for failure to state a claim.  Judgment is entered
15   accordingly.
16
17         **IT IS SO ORDERED.**
18
19   Dated: October 28, 2011                  _____
20                                            SUSAN ILLSTON
                                             United States District Judge
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California